B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
## District of Utah

In re **Neighbors Investments, Inc.**
*Debtor*

Case No. **11-21022**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **October 2014**
Line of Business: **Real Estate**

Date filed: _____
NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Mark Neighbors*
Original Signature of Responsible Party

**MARK NEIGHBORS**
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☒

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ —

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 1359.30
Cash on Hand at End of Month $ 500.21
PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  TOTAL $ 500.21

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 12605.49

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ —
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 12605.49
*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH   $ <12605.49>

Case 11-21022   Doc# 247   Filed 11/18/14   Page 2 of 9

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 65743.33

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ —

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? —

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? —

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ —

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 32017.98

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 5619.80

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 101588.23

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 11271 - | $ — | $ (11271) |
| EXPENSES | $ (14482) | $ 12605.49 | $ 1876.51 |
| CASH PROFIT | $ (3211) | $ (12605.49) | $ 9394.49 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 11271 -

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 14482

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ (3211)

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

# Neighbors Investments Inc.
## Profit & Loss
### October 2014

|  | Oct 14 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Expense** | |
| 5150 · Insurance Expense | |
| 6325 · Health/Dental | |
| 6325-02 · Jason/Taner | 32.00 |
| 6325-03 · Marcus Justin | 32.00 |
| 6325-04 · Mark | 784.07 |
| 6325-05 · Shelly | 770.10 |
| Total 6325 · Health/Dental | 1,618.17 |
| 6350 · Life Insurance | 919.94 |
| 5150 · Insurance Expense - Other | 150.00 |
| Total 5150 · Insurance Expense | 2,688.11 |
| 5250 · Interest Expense | 1,847.40 |
| 5300 · Repairs and Maintenance | 455.00 |
| 6260 · Fees and permits | 165.00 |
| 6600 · Professional Fees | |
| 6650 · Legal | 5,649.80 |
| Total 6600 · Professional Fees | 5,649.80 |
| **Total Expense** | 10,805.31 |
| **Net Ordinary Income** | -10,805.31 |
| **Net Income** | -10,805.31 |

```
                     STFD 3 THF TRANSACTION STMT FORMAT      14/11/05   9.42.15
CUPR         CO     98 OP                MS 50852 ACTION COMPLETE
ACTION              COID      98         ACCT COND
PROD CODE DDA       ACCT                 SHORT NAME NEIGHBINVES
CURR CODE                     PAGE    5  SEARCH FROM 114/09/02 THRU 114/11/04
ACTN    POST    EFFECTIVE   CHECK NUMBER    TRAN AMOUNT  D/C        BALANCE
                TRACE ID                    DESCRIPTION
_____  * 10/17                  6722            350.00   D           308.60
                000007878726180 CUSTOMER WITHDRAWAL
_____  * 10/21                                3,000.00   C         3,308.60
                000009956338047 DEPOSIT
_____  * 10/22                  6723            105.00   D         3,203.60
                000007878051940 CUSTOMER WITHDRAWAL
_____  * 10/29                                1,100.00   C         4,303.60
                000009956975585 DEPOSIT
_____  * 10/29                  6724            479.02   D         3,824.58
                000007373458152 CUSTOMER WITHDRAWAL
_____  * 10/29                  6725            440.92   D         3,383.66
                000007373458151 CUSTOMER WITHDRAWAL
_____    11/04                                1,200.00   C         4,583.66
                000009957515325 DEPOSIT
_____    11/04                                   10.00   D         4,573.66
              I-GEN114110400010543 ANALYSIS SERVICE CHARGE(S)
PF: 1-HELP 3-PLVL 6-INQ 7-SB 8-SF 9-ASUM 10-TRIG 11-CUTO -STSM
```

```
                      STFD 3 THF TRANSACTION STMT FORMAT      14/11/05   9.42.28
CUPR         CO     98 OP                MS 50852 ACTION COMPLETE
ACTION              COID     98          ACCT COND
PROD CODE DDA       ACCT     ███████     SHORT NAME NEIGHBINVES
CURR CODE                    PAGE    4   SEARCH FROM 114/09/02 THRU 114/11/04
ACTN    POST    EFFECTIVE    CHECK NUMBER     TRAN AMOUNT   D/C      BALANCE
        TRACE ID                       DESCRIPTION
____ *  10/03                       6719          300.00    D       3,066.04
              000009957972610 CUSTOMER WITHDRAWAL
____ *  10/03                       6710          200.00    D       2,866.04
              000007373258336 CUSTOMER WITHDRAWAL
____ *  10/06                       6715          600.00    D       2,266.04
              000007373745916 CUSTOMER WITHDRAWAL
____ *  10/06                       6717          200.00    D       2,066.04
              000007373745915 CUSTOMER WITHDRAWAL
____ *  10/07                       6713          782.64    D       1,283.40
              000007878256138 CUSTOMER WITHDRAWAL
____ *  10/09                       6721          400.00    D         883.40
              000007878780169 CUSTOMER WITHDRAWAL
____ *  10/09                       6720          116.80    D         766.60
              000007878852929 CUSTOMER WITHDRAWAL
____ *  10/10                       6718          108.00    D         658.60
              000007373218063 CUSTOMER WITHDRAWAL
PF: 1-HELP 3-PLVL 6-INQ 7-SB 8-SF 9-ASUM 10-TRIG 11-CUTO -STSM
```

```
9:42:29 Wednesday, November 05, 2014

                      STFD 3 THF TRANSACTION STMT FORMAT      14/11/05   9.42.29
CUPR         CO     98 OP                MS 50852 ACTION COMPLETE
ACTION              COID    98           ACCT COND
PROD CODE DDA     ACCT     [redacted]    SHORT NAME NEIGHBINVES
CURR CODE                  PAGE    3     SEARCH FROM 114/09/02 THRU 114/11/04
ACTN    POST    EFFECTIVE    CHECK NUMBER      TRAN AMOUNT  D/C      BALANCE
          TRACE ID                       DESCRIPTION
_____  * 10/01                 6709              1,496.17    D      6,088.44
               000007878597290 CUSTOMER WITHDRAWAL
_____  * 10/01                 6714              1,064.76    D      5,023.68
               000007878615898 CUSTOMER WITHDRAWAL
_____  * 10/01                 6716                479.02    D      4,544.66
               000007878459772 CUSTOMER WITHDRAWAL
_____  * 10/01                 6711                440.92    D      4,103.74
               000007878459771 CUSTOMER WITHDRAWAL
_____  * 10/01                 6706                242.73    D      3,861.01
               000007878483215 CUSTOMER WITHDRAWAL
_____  * 10/01                 6708                123.00    D      3,738.01
               000007878601964 CUSTOMER WITHDRAWAL
_____  * 10/02                 6712                 71.97    D      3,666.04
               000007878856679 CUSTOMER WITHDRAWAL
_____  * 10/03                 6707                300.00    D      3,366.04
               000007373274902 CUSTOMER WITHDRAWAL
PF: 1-HELP 3-PLVL 6-INQ 7-SB 8-SF 9-ASUM 10-TRIG 11-CUTO -STSM
```

```
                       STPD 3 THF TRANSACTION STMT FORMAT      14/11/05   9.42.30
CUPR         CO   98 OP                MS 50852 ACTION COMPLETE
ACTION            COID    98           ACCT COND
PROD CODE DDA    ACCT                  SHORT NAME  NEIGHBINVES
CURR CODE                PAGE    2     SEARCH FROM 114/09/02 THRU 114/11/04
ACTN    POST    EFFECTIVE   CHECK NUMBER   TRAN AMOUNT  D/C       BALANCE
               TRACE ID                DESCRIPTION
_____ * 09/08                                 1,500.00   C         2,600.63
              000009957991455  DEPOSIT
_____ * 09/10                  6702             782.64   D         1,817.99
              000007373541156  CUSTOMER WITHDRAWAL
_____ * 09/12                  6703           1,500.00   D           317.99
              000007878115490  CUSTOMER WITHDRAWAL
_____ * 09/18                                 1,500.00   C         1,817.99
              000009957711177  DEPOSIT
_____ * 09/22                  6704             104.38   D         1,713.61
              000007878259872  CUSTOMER WITHDRAWAL
_____ * 09/23                  6705             579.00   D         1,134.61
              000007878645318  CUSTOMER WITHDRAWAL
_____ * 09/24                                 6,000.00   C         7,134.61
              000009957813265  DEPOSIT
_____ * 10/01                                   450.00   C         7,584.61
              000009956004778  DEPOSIT
PF: 1-HELP 3-PLVL 6-INQ 7-SB 8-SF 9-ASUM 10-TRIG 11-CUTO -STSM
```