IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF KANSAS

| | |
|---|---|
| In Re: | ) |
| | ) |
| NEIGHBORS INVESTMENTS, INC., | ) Case No. 11-21022-dls-11 |
| | ) |
| Debtor. | ) |

**NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING
ON MOTION OF KRIGEL & KRIGEL, P.C. TO WITHDRAW
AS COUNSEL FOR THE DEBTOR**

NOTICE IS HEREBY GIVEN that if you fail to file a response to the above-named Motion of Krigel & Krigel, P.C. to Withdraw as Counsel for the Debtor in the above-captioned proceeding, which was filed with the Clerk of the U.S. Bankruptcy Court for the District of Kansas in Kansas City, Kansas, on or before **April 21, 2015**, the Court will enter an Order granting the Motion, such Order to be prepared and submitted by the undersigned within ten (10) days after the objection deadline and no hearing will be held.

If you file a timely response, a nonevidentiary hearing on the Motion will be held before the U.S. Bankruptcy Court, 500 State Avenue, Room 144, Kansas City, Kansas 66101, **on May 15, 2015 at 1:30 p.m.** or as soon thereafter as the Court's schedule permits. If you file the response, you must appear at the hearing unless you have submitted an agreed Order in advanced signed by all parties or their counsel.

Dated this 31st day of March, 2015.

KRIGEL & KRIGEL, P.C.

/s/ Erlene W. Krigel
4550 Belleview KS 70425
Kansas City, MO 64111
816) 756-5800
FAX (816) 756-1999
MOVANT

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice with Opportunity for Non-evidentiary Hearing on Motion of Krigel & Krigel, P.C. to Withdraw as Counsel for the Debtor in the above captioned proceeding, and a copy of the Motion were either emailed or mailed on this 31st day of March, 2015, to all creditors and parties in interest listed on the Court's ECF noticing system, as well as to the Debtor.

/s/ Erlene W. Krigel
Erlene W. Krigel