UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS



In Re:                                    )
                                          )
MARK STEPHEN NEIGHBORS                    )    Case No. 11-21003-11
SHELLY KAY NEIGHBORS                      )    Case No. 11-21022-11
                                          )
                                          )
                                          )
                                          )
Linda Louise Beadle                       )
                                          )
                                          )
        Defendant.                        )

## REQUEST FOR EXTENSION OF COMPROMISE SETTLEMENT HEARING OF LINDA LOUISE BEADLE

A hearing was rescheduled by the courts to January 8, 2015. We respectfully request an extension due to matters outside of our control.

The Neighbors are not attorneys and request this document be filed and distributed properly.

Thank you,

*Mark Neighbors*    12·30·15
Mark Neighbors       Date

*Shelly Neighbors*    12/30/15
Shelly Neighbors      Date