U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
1/8/2016
Hon. Dale L. Somers, Presiding

01:30 PM
_____

Case Information:
    11-21022 Neighbors Investments, Inc.   Chapter: 11

Judge: DLS    Filed: 04/13/2011    Pln Confirmed: 06/26/2013
_____

Appearances:
    XX Camron L Hoorfar   representing  Mark Stephen Neighbors  (Debtor)
    XX Camron L Hoorfar   representing  Shelly Kay Neighbors  (Joint Debtor)
    XX  Patricia E Hamilton  (Trustee) **(TELEPHONIC)**
    XX Dick Wieland  representing  U.S. Trustee
    XX Kersten Holzhueter representing CitiMortgage
    XX Colin Gotham representing Linda Beadle
_____

Issue(s):
    [293]  Motion for Approval of Compromise Filed on behalf of Debtor Neighbors Investments, Inc. (Attachments: # 1 Exhibit Settlement Agreement), with Certificate of Service.
_____

Notes/Decision:

No appearance by objecting parties.
Objection overruled.  Motion granted.  Order by Mr. Gotham.

_____

Courtroom Deputy: Judy    Cowger
ECRO Reporter:  Toni    Brady